Matthew R. Mendelsohn (ID#: 015582005)
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 228-9898

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHSTAR LITIGATION TECHNOLOGIES, LLC, individually and on behalf of all other individuals and companies similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CFN CAPITAL, LLC d/b/a CAPITAL FUNDS NETWORK; RONNIE KATZ; DANIEL KATZ; JOHN DOES 1-20; and ABC CORPS. 1-20,<br><br>Defendants. | CIV. AC. NO. 2:15-cv-8296-WJM-MF<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Northstar Litigation Technologies, LLC hereby dismisses without prejudice and without costs all claims alleged in its Complaint against Defendants, CFN Capital, LLC d/b/a Capital Funds Network, Ronnie Katz, Daniel Katz, John Does 1-20 and ABC Corps. 1-20.

By:   /s/ *Matthew R. Mendelsohn*
      Matthew R. Mendelsohn (ID#: 015582005)
      Mazie Slater Katz & Freeman, LLC
      103 Eisenhower Parkway
      Roseland, New Jersey 07068
      Telephone:  (973) 228-9898
      Email:  mmendelsohn@mskf.net

Dated: April 27, 2016

1